In the Matter of MICHELLE C. LOMBINO, an Attorney, Resignor. [737 NYS2d 310] —Voluntary resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Pine, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ. (Filed July 19, 2001.)

 In the Matter of BERNARD J. MCNAMEE, an Attorney, Resignor. [737 NYS2d 310] —Voluntary resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Green, J. P., Pine, Hayes, Scudder and Burns, JJ. (Filed Sept. 21, 2001.)

 In the Matter of DAVID A. CURTIN, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [734 NYS2d 530] —Resignation accepted, name stricken from roll of attorneys and order of restitution entered. Present—Green, J. P., Pine, Hayes, Scudder and Burns, JJ.

 In the Matter of ANDREW EMBURY, an Attorney, Resignor. [734 NYS2d 530] —Resignation accepted and name stricken from roll of attorneys. Present—Green, J. P., Pine, Hayes, Scudder and Burns, JJ.

 In the Matter of ROBERT W. HOCK, for Reinstatement. [734 NYS2d 529] —Order entered terminating suspension and reinstating petitioner as an attorney and counselor-at-law. Present—Green, J. P., Pine, Hayes, Scudder and Burns, JJ. (Filed Dec. 10, 2001.)

 In the Matter of HARRY NORMAN STONE, for Reinstatement. [734 NYS2d 529] —Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Green, J. P., Pine, Hayes, Scudder and Burns, JJ. (Filed Dec. 10, 2001.)

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY LUNNEY, Appellant. [738 NYS2d 258] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Bristol, J.—Burglary, 3rd Degree.) Present—Pigott, Jr., P. J., Wisner, Hurlbutt, Kehoe and Gorski, JJ.